IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 18-5066-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. 6583035<br>Location Code: M-16 |
| vs. | |
| ELVIS D. OLDBULL JR., | ORDER GRANTING MOTION TO<br>DISMISS WITH PREJUDICE |
| Defendant. | |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss Violation Notice 6583035 with prejudice is GRANTED. This matter is dismissed, with prejudice as fully adjudicated.

DATED this 2nd day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge